

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00157-CV

**IN RE** Angie Leigh **STRICKLAND**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Marialyn Barnard, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  May 27, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On March 20, 2015, relator Angie Leigh Strickland filed a petition for writ of mandamus with a motion to stay the trial court's order allowing grandparent access to Strickland's two minor children. The court has considered relator's petition for writ of mandamus and the response filed on behalf of the real party in interest and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 14-557-CCL, styled *In the Interest of F.S. and E.B., Children*, pending in the County Court at Law, Kendall County, Texas, the Honorable Michael Peden presiding.